**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLAYTON M. BERNARD-EX,<br><br>   Plaintiff<br><br>v.<br><br>DEANNA KEAN MOLINAR,<br><br>   Defendant | Case No.: 2:21-cv-00059-APG-NJK<br><br>**Order Remanding Case** |

Plaintiff Clayton Bernard-Ex purported to remove this action from two state court actions currently pending in state court. A review of the dockets in the state court proceedings shows that Bernard-Ex is the plaintiff in case number A-19-801295-C, that he is the petitioner in case number A-19-801320-p, and that he filed notices of removal in both cases. Only defendants may remove state court cases to federal court. *See* 28 U.S.C. § 1441(a). Because Bernard-Ex is not a defendant in either case, he cannot remove them to this court.

I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 14th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE